WILLIAM H. GAMAGE, ESQ. (9024)
**GAMAGE & GAMAGE** *in assoc. with*
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
ANDREA N. ALEXANDER ESQ. (7577)
**KROHN & MOSS, LTD.**
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA 90025
PH:   (866) 507-4779 ext. 232
FX:   (866) 802-0021
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUES SHATTO,<br><br>                Plaintiff,<br><br>         vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC. ,<br><br>                Defendant. | Case No.:<br>Dept. No.:<br><br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does not Exceed $10,000** |

## **COMPLAINT**

NOW COMES the Plaintiff, JACQUES SHATTO ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, FIRST NATIONAL COLLECTION BUREAU, INC., alleges and affirmatively states as follows:

## **INTRODUCTION**

1.   The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who

1  refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2. Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of FIRST NATIONAL COLLECTION BUREAU, INC. (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant is located in and conducts business in the state of Nevada, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) and 1391(b)(2).

7. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

8. Plaintiff is a natural person who resides in the Londonderry, New Hampshire and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business with an office in the city of Reno, County of Washoe, State of Nevada.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or

KROHN & MOSS, LTD.
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779 FAX: (866) 802-0021

indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11. Defendant places constantly and continuously places collection calls to Plaintiff seeking and demanding payment for a consumer debt Plaintiff does not owe.

12. Defendant places collection calls to Plaintiff using a machine recording, therefore Plaintiff is unable to get a representative on the phone.

13. Defendant calls Plaintiff and does not leave a message.

14. Defendant put marks on Plaintiff's credit.

15. Plaintiff did not receive a debt validation letter.

## FIRST CLAIM FOR RELIEF

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

22. Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

23. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

 a) Defendant violated §1692d of the FDCPA by conducting in a nature that has the natural consequence of which is to harass, oppress, or abuse any person.

 b) Defendant violated §1692d(5) of the FDCPA by causing the telephone to ring or engaged any person in telephone conversations repeatedly.

 c) Defendant violated §1692e(2)(a) of the FDCPA by falsely representing of the character, amount, or legal status of any debt.

 d) Defendant violated §1692f of the FDCPA by using any unfair or unconscionable means to collect or attempt to collect the alleged debt.

24. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, humiliation (see Exhibit A).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the

KROHN & MOSS, LTD.
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779 FAX: (866) 802-0021

1  Defendant for the following:

2      1.    Declaratory judgment that the Defendant's conduct violated the State Act,
3  RFDCPA, and Federal Act, FDCPA.

4      2.    Actual damages.

5      3.    Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

6      4.    Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

7      5.    Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code §
8  1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

9      6.    Any other relief that this court deems to be just and proper.

10  Dated this 10th day of August, 2009.    GAMAGE & GAMAGE *in assoc. with*
    KROHN & MOSS, LTD.

By:   /s/ Andrea Alexander
    WILLIAM GAMAGE, ESQ. (9024)
    **GAMAGE & GAMAGE**
    231 S. 3rd Street., Suite 285
    Las Vegas, Nevada 89101
    ANDREA N. ALEXANDER, ESQ. (7577)
    **KROHN & MOSS, LTD.**
    10635 Santa Monica Blvd. Suite 170
    Los Angeles, CA 90025
    PH:  (866) 507-4779 ext. 232
    FX:  (866) 802-0021

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JACQUES SHATTO, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF NEW HAMPSHIRE)

Plaintiff, JACQUES SHATTO, says as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JACQUES SHATTO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8-11-09

JACQUES SHATTO,
Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KROHN & MOSS, LTD.
231 S. 3rd Street, Suite 285
Las Vegas, Nevada 89101
(866) 507-4779  FAX:  (866) 802-0021

**EXHIBIT A**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — **YES** NO
8. Feelings of hopelessness, pessimism — YES **NO**
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I WORK 2ND SHIFT & THEY CALL ONE AFTER THE OTHER. I WORK FOR A NASA APPROVED EMPLOYER BUT LET GO A COUPLE YEARS BACK DUE TO MY CREDIT REPORT

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/1-09

Signed Name

JACQUES SHATTO
Printed Name